UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY KEPKE,

    Plaintiff,

                                              CASE NO.: 13-13944
v.                                        HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on the parties' cross motions for summary judgment with respect to the Defendant's decision to deny Plaintiff's application for Social Security disability benefits. The Court is also in receipt of Magistrate Judge Charles E. Binder's Report and Recommendation, wherein the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted. Plaintiff has filed objections to the Report and Recommendation.

After a thorough *de novo* review of the court file, the Report and Recommendation, and the objections to the Report and Recommendation filed by Plaintiff, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Accordingly, for the reasons set forth above, the Court: (1) DENIES Plaintiff's Motion for Summary Judgment, (2) GRANTS Defendant's Motion for Summary Judgment, and (3) DISMISSES Plaintiff's cause of action WITH PREJUDICE. Judgment shall be

entered accordingly.

  IT IS SO ORDERED.

                S/BERNARD A. FRIEDMAN FOR
                LAWRENCE P. ZATKOFF
                UNITED STATES DISTRICT JUDGE

Dated: January 23, 2015